was acquired by her husband by purchase? Gardner et v. Kern. OS. Pend. 4 Abs. 520.

### Sec. 8627-28 GC. CORPORATIONS.

The rights of parties to a corporate name under powers granted by. Hotel Wooster v. Smith et. OS. Pend. 4 Abs. 587.

### Sec. 10216 GC. SCHOOLS & SCHOOL DISTRICTS.

Does it apply to a remonstrance by electors in the establishment of a new school district by a Board of Education? Neiswander et v. Brickner et. OS. Pend. 4 Abs. 492.

### Sec. 10572 GC. PROPERTY.

Refers only to property, other than described in 10654 GC. Mills, Excr. v. Mills. OA. 4 Abs. 514.

### Sec. 10673 GC. ADMINISTRATION.

Proceedings when property of estate concealed or embezzled. Linquist v. Hayes. OA. 4 Abs. 451.

### Sec. 11102 GC. SALES.

Bulk sale sact, construed as applicable to merchandise creditors only. Reed v. Walker. Com. P. 4 Abs. 458.

### Sec. 11104 GC.

Said section amply protects others than merchandise creditors. Reed v. Walker. Com. P. 4 Abs. 458.

### Sec. 11273 GC. SERVICE.

Being a venue statute must be strictly construed. Iron City et v. Amer. Ry. Express. OA. 4 Abs. 551.

### Sec. 11290 GC. CONSTITUTION.

Is repugnant to the Interstate Commerce clause of U. S. Constitution and court did not err in quashing service. Iron City et v. Amer. Ry. Express. OA. 4 Abs. 551.

### Sec. 11317 GC. COUNTERCLAIM.

Counterclaim defined. Hunter v. City Savings Bank. OA. 4 Abs. 594.

### Sec. 11456 GC. JURY.

When verdict of jury is defective in substance; the jury must be sent out for further deliberation. Amorosi v. Lange. OS. 4 Abs. 454.

### Sec. 12050 GC. ATTORNEY FEES.

The court is authorized to allow a reasonable fee to plaintiff's attorney, to be taxed in the case, where services are rendered for the common benefit of all parties. Whitehead v. Bishop. OA. 4 Abs. 580.

### Sec. 12258 GC. VACATION OF JUDGMENT.

A motion to vacate a judgment entry is not a "final order" as contemplated by this section. Cesa v. Cain. OA. 4 Abs. 566.

### Sec. 12433 GC. CRIMINAL LAW.

Is it necessary under, that an indictment charging an accused with arson charging the intent to commit the crime? Biscotti v. State. OS. Pend. 4 Abs. 492.

### Sec. 12472 GC. FRAUD.

Where conversion is charged, in violation of this section, intent to defraud is a necessary element. Peskind v. State. OA. 4 Abs. 452.

### Sec. 13581 GC. INDICTMENT.

Requires an examination of the indictment to ascertain whether an offense is charged after the averments alleging the first and second offense are disregarded as surplusage. Smith v. State. OA. 4 Abs. 578.

### Sec. 13717 GC. JAIL.

Was committment to jail in violation of, for reason that court did not provide credit of 60c per day to apply in fine? Giehl v. State. OS. Pend. 4 Abs. 487.

---

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

Harbine v. Davis et ........................... 19882
Harbine v. Elsman ............................. 19881
Holland Admr. v. Metropolitan Life Ins. Co..... 19920
State ex Dean v. Hall et ........................ 20128
State ex Zettler v. Tax Commission ............ 19715

### MOTION DOCKET

Burgy et v. Dane et ........................... 19880
Butsch, Ex Parte ............................. 19888
Harbine v. Davis et ........................... 19882
Harbine v. Elsman ............................. 19881
Holland, Admr. v. Met. Life Ins. Co............ 19920
Hoyo v. State ................................. 19888
Lakewood (City) v. Bernstein et ................ 20137
McCown, Extr. v. Bunting ..................... 19896
Rice et v. Holloway (Vil.) ..................... 19879

### PROCEEDINGS

### OHIO SUPREME COURT

### TUESDAY, OCT. 19, 1926

### GENERAL DOCKET

19715—State of Ohio ex rel. Jacob Zettler, Jr. v. Tax Commission of Ohio; error to the Franklin Appeals. Judgment affirmed on authority of Cullen, etc. v. State, ex rel, 105 Ohio St. 545. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-25-26; 4 Abs. 223.

19881—John T. Harbine, Jr. v. Charles Elsman et: error to Montgomery Appeals. Petition in error dismissed; no constitutional question involved. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 6-9-26; 4 Abs. 393.

19882—John T. Harbine Jr. v. Robert Davis et; error to Montgomery Appeals. Petition in error dismissed; no constitutional question involved. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 6-9-26; 4 Abs. 393; OS. Pend. 4 Abs. 484.

19920—George F. Holland, Admr. v. Metropolitan Life Ins. Co; error to the Montgomery Appeals. Petition in error dismissed; no debatable constitutional question involved. Jones, Day, Kinkade and Robinson, JJ., concur. Dock. 6-23-26; 4 Abs. 404; OA. 4 Abs. 698.

20128—State of Ohio, ex rel, Ezra Dean v. Frank Hall et. In Mandamus. Writ denied. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 10-16-26.

### MOTION DOCKET

19879—Charles H. Rice et al. v. Village of Holloway. Motion for Belmont Appeals to certify. Overruled. Dock. 6-19-26; 4 Abs. 393; OS. Pend. 4 Abs. 506.

19880—Cora B. Burvy et v. Ross T. Dane et. Motion for Belmont Appeals to certify. Overruled. Dock. 6-9-26; 4 Abs. 393; OS. Pend. 4 Abs. 491.

19881—John T. Harbine, Jr. v. Charles Elsman et. Motion for Montgomery Appeals to certify. Overruled. Dock. 6-9-26; 4 Abs. 393.

19882—John T. Harbine, Jr. v. Robert Davis, et. Motion for Montgomery Appeals to certify. Overruled. Dock. 6-9-26; 4 Abs. 393; OS. Pend. 4 Abs. 484.

(Continued on page 726)